FILED UNDER SEAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. \_\_\_\_\_1:20-mj-03077-AOR\_\_\_\_\_

UNITED STATES OF AMERICA

vs.

EDWARD TONEY,

    Defendant.

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? \_ Yes  X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? \_ Yes  X No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? \_ Yes  X No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Joshua Paster
Assistant United States Attorney
U.S. Attorney's Office
99 NE 4th Street
Court ID No. A5502616
Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 536-4089
Email: Joshua.Paster@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>EDWARD TONEY,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:20-mj-03077-AOR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ July 1, 2020 ___ in the county of ___ Miami-Dade ___ in the ___ Southern ___ District of ___ Florida ___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252(b)(1) | Violation of 18 U.S.C. § 2252(a)(2) |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Timothy Devine, HSI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___ Face Time ___ (specify reliable electronic means).

Date: 7/1/20

_____
Judge's signature

City and state: Miami, Florida

U.S. Magistrate Judge Alicia M. Otazo-Reyes
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Timothy Devine, being duly sworn, hereby depose and state as follows:

**I.      INTRODUCTION**

1. I am a Special Agent with Immigration and Customs Enforcement Homeland Security investigations ("HSI") in Miami, Florida, assigned to the HSI Special Agent in Charge ("SAC") Miami Office, Cyber Crimes/Child Exploitation Group. I am a law enforcement officer of the United States as that term is defined in Title l8, United States Code, Section 2510(7), and am authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, *et seq*.

2. In my assignment with the Cyber Crimes/Child Exploitation Group, I investigate, among other violations of federal law, cases involving the sexual exploitation of children. Prior to my employment with HSI, I was a Special Agent with the United States Secret Service from April of 1999 to October of 2010. From 2002 to December of 2008, I was assigned to the Miami Electronic Crimes Task Force where I specialized in the investigation of Internet child exploitation crimes involving trafficking and possession of child pornography, coercion and enticement of minors, and child prostitution.

3. I have received training in the area of child pornography and child exploitation. I also have conducted several child-pornography and child-exploitation investigations, which have involved reviewing examples in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. I submit this Affidavit in support of a criminal complaint charging EDWARD TONEY with knowingly receiving and possessing visual depictions in and affecting interstate

and foreign commerce, of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

5. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and other electronic media. This Affidavit does not include every fact law enforcement knows about this investigation. Rather, this Affidavit contains only those facts necessary to establish probable cause for the issuance of the criminal complaint against TONEY for the aforementioned criminal violations.

II. **STATUORY AUTHORITY**

6. Title 18, United States Code, Section 2252(a)(2) prohibits a person from knowingly receiving any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.

7. Additionally, section 2252(b)(1) provides that when a person violates Title 18, United States Code, Section 2252(a)(2), among others, such person shall be imprisoned for not less than 5 years nor more than 20 years.

III. **PROBABLE CAUSE**

a. **Investigation leading up to the Search Warrant.**

8. In December of 2019, law enforcement received a Cyber Tip Report from the National Center for Missing and Exploited Children ("NCMEC"), in reference to a computer user who had uploaded suspected child pornography to Dropbox. The report had been filed with

2

NCMEC on July 12, 2019, by Dropbox, Inc., and indicated a Dropbox user identified as username "Edward Toney" with "edwardtoney24@gmail.com" (herein referred to as "Email Address 1"), had uploaded multiple files of suspected child pornography to Dropbox. Dropbox, Inc. further indicated the aforementioned user had uploaded the files of suspected child pornography to Dropbox on July 11, 2019. Although Dropbox appears to have identified the files of suspected child pornography in July 2019, those files were uploaded to Dropbox on May 28, 2018. Dropbox attached the files of suspected child pornography to its report filed with NCMEC.

9. In February of 2020, your Affiant reviewed the files that Dropbox attached to its NCMEC report filed on July 12, 2019, and observed suspected child pornography in some of the files, some of which are detailed below:

    a. File titled 7565960c-e4a8-423a-b75b-c3ae916e3105.jpg, which contained an image depicting a naked preteen female with her legs spread exposing her genitals;

    b. File titled a7d61fe8-1fe0-4797-98d8-df54f9b5b455.jpg, which contained an image depicting a naked preteen / toddler female engaging in intercourse with an adult male;

    c. File titled be4b3518-0025-4442-b4be-13a1e8ccabb4.jpg, which contained an image depicting a naked preteen female who is pulling down her pants while spreading her legs exposing her genitals;

    d. File titled 933559d0-80f9-4704-99b3-7bbd54d45392.jpg. which contained an image depicting a semi naked preteen female with her legs spread exposing her genitals; and

  e. File titled 4f3efd72-399f-443c-ba04-6399cb605095.jpg, which contained an image file depicting an adult male exposing the genitals of a female infant.

 10. In December 2019, law enforcement received a Cyber Tip Report from NCMEC in reference to a computer user who had uploaded suspected child pornography to Discord. The report had been filed with NCMEC on August 11, 2019, by Discord, Inc., and indicated a Discord user, utilizing the username "Mrawesome24#2494" (herein referred to as "Username 1") and Email Address 1, had uploaded two (2) files of suspected child pornography to Discord on July 12, 2019 at 00:23:45 UTC and 00:36:32 UTC. Discord further indicated that Username 1 had uploaded the two (2) files of suspected child pornography to Discord on the aforementioned date and times, via IP Address 98.254.80.31 (herein referred to as "IP Address 1"). Discord attached the files of suspected child pornography to its report filed with NCMEC.

 11. In February 2020, your Affiant reviewed the two (2) files uploaded to Discord on July 12, 2019 at 00:23:45 UTC and 00:36:32 UTC, by the aforementioned user and observed suspected child pornography, as described below:

  a. File titled image0.jpg, which contained an image depicting a naked preteen female with her legs spread exposing her genitals; and

  b. File titled image1.jpg, which contained an image depicting a naked preteen female with her legs spread exposing her genitals.

 12. In December 2019, law enforcement received a Cyber Tip Report from NCMEC in reference to a computer user who had uploaded suspected child pornography to Discord. The report had been filed with NCMEC on August 22, 2019 at 00:26:35 UTC, by Discord, Inc., and indicated a Discord user utilizing Username 1 and Email Address 1, had uploaded one (1) file of suspected child pornography to Discord. Discord, Inc. further indicated the aforementioned user

had uploaded the file of suspected child pornography to Discord on July 12, 2019 at 00:15:42 UTC, via IP Address 1.

13. In February of 2020, your Affiant reviewed the file uploaded to Discord on July 12, 2019 at 00:15:42 UTC, by the aforementioned user and observed suspected child pornography, as described below:

    a. File titled image0.jpg, which contained an image file depicting a naked preteen female with legs spread exposing her genitals.

14. In December 2019, law enforcement received a Cyber Tip Report from NCMEC in reference to a computer user who had uploaded suspected child pornography to Discord. The report had been filed with NCMEC on August 22, 2019, by Discord, and indicated a Discord user utilizing Username 1 and Email Address 1 had uploaded one (1) file of suspected child pornography to Discord. Discord further indicated the aforementioned user had uploaded the file of suspected child pornography to Discord on July 12, 2019 at 00:54:36 UTC, via IP Address 1. Discord attached the file of suspected child pornography to its report filed with NCMEC.

15. In February 2020, your Affiant reviewed the file uploaded to Discord on July 12, 2019 at 00:54:36 UTC, by the aforementioned user and observed suspected child pornography, as described below:

    a. File titled image0.jpg, which contained an image file depicting a minor / preteen female with what appears to be semen in her mouth and the penis of a naked adult male. Your Affiant noticed that this image appears to be identical to an image uploaded to Dropbox on May 28, 2018, by the user identified as "Edward Toney" with Email Address 1.

16. In December 2019, law enforcement received a Cyber Tip Report from NCMEC in reference to a computer user who had uploaded suspected child pornography to Discord. The report had been filed with NCMEC on August 22, 2019, by Discord, and indicated a Discord user utilizing Username 1 and Email Address 1 had uploaded one (1) file of suspected child pornography to Discord. Discord further indicated the aforementioned user had uploaded the file of suspected child pornography to Discord on July 12, 2019 at 00:38:55 UTC, via IP Address 1. Discord attached the file of suspected child pornography to its report filed with NCMEC.

17. In February 2020, your Affiant reviewed the file uploaded to Discord on July 12, 2019 at 00:38:55 UTC, by the aforementioned user and observed suspected child pornography, as described below;

18. File titled image0.jpg, which contains an image depicting a preteen / toddler female engaging in intercourse with an adult male. Your affiant noticed that this image appears identical to the file titled a7d61fe8-1fe0-4797-98d8-df54f9b5b455, uploaded to Dropbox on May 28, 2018 by the user identified as "Edward Toney" with Email Address 1.[1]

   b.   **Execution of Search Warrant.**

19. On June 19, 2020, the Honorable Magistrate Judge Edwin Torres, Southern District of Florida, authorized a federal search warrant for TONEY's residence located in Miami Gardens, Florida 33056.

20. On June 25, 2020, law enforcement executed the aforementioned federal search warrant at TONEY's residence located in Miami Gardens, Florida 33056. During the search of the residence, law enforcement seized multiple pieces of electronic media from what was subsequently identified as TONEY's bedroom; including an Apple iPhone, Serial Number F74ZT27LHG6W (the "Seized iPhone").

---

[1] NCMEC and Discord also have identified the file name as "image0.jpg-2."

21. On June 25, 2020, law enforcement interviewed TONEY in reference to this investigation. Prior to questioning, TONEY was advised of his *Miranda* rights, which he stated he understood and waived both verbally and in writing. TONEY stated he has been residing at the residence with his family and that the Seized iPhone was his. TONEY admitted receiving files of child pornography via social media platforms on his Seized iPhone and observing child pornography on Discord. TONEY reviewed the aforementioned files of suspected child pornography included in the Dropbox CTR and stated he was not involved in the production of the child pornography but had observed the files on Discord. TONEY further stated he had been receiving files of child pornography from another user, herein identified as Suspect 1, via another social media platform on his cell phone.

22. Thereafter, a preliminary forensic examination of TONEY's Seized iPhone revealed a group social-media chat dated on or about June 9, 2020 through on or about June 22, 2020, involving the user of TONEY's Apple iPhone, (the Seized iPhone) identified in the chat as "Local User" and believed to be TONEY, and Suspect 1. Although the preliminary forensic examination identified other members of the group, not all members participated in this group chat, and those that did participate only participated in an extremely limited manner. During this chat, Suspect 1 posted multiple files of suspected child pornography and Local User (believed to be TONEY) made multiple statements regarding the sexual abuse of children; some of the aforementioned files and statements are detailed below (all times UTC):

On or about 06/09/2020 at 11:46:59 PM, Suspect 1 posts an image depicting a naked preteen male inserting an object in the vagina of a naked adult women.

On or about 06/09/20 at 11:49:32 PM, Suspect 1 posts an image depicting an adult woman performing oral sex on a preteen male.

On or about 06/14/20 at 1:26:28 AM, Local User states "I love little girls."

On or about 06/16/20 at 8:23:35 PM, Suspect 1 posts an image depicting a naked adult

female spreading the legs of a naked female toddler and who appears about to begin performing oral sex on the toddler.

On or about 06/16/2020 at 8:33:20 PM, Local User, in response to the aforementioned image, states "Oh that's fucking hot."

On or about 06/17/20 at 11:14:15 AM, Suspect 1 posts an image depicting a preteen male performing oral sex on a naked adult female.

On or about 06/17/20 at 2:20:20 PM, Suspect 1 posts an image depicting an adult female spreading the legs and exposing the vagina of a preteen female.

On or about 06/17/20 at 3:00:02 PM, Suspect 1 posts an image depicting an adult female performing oral sex on a naked preteen male.

On or about 06/17/20 at 3:02:43 PM, Local User states "Baby when I get my kids I want to fly you out."

On or about 06/17/20 at 7:37:04 PM, Local User states "I need my dick sucked by a little one rn."

On or about 06/21/20 at 8:37:10 AM, Suspect 1 posts an image depicting an adult male engaging in intercourse with a preteen female.

On or about 06/21/20 at 8:48:47 AM, Local User states "Baby I really need some it took almost everything in me not to grab my neighbor's kid and fuck them mercilessly."

On or about 06/21/20 at 8:25:10 PM, Local User states "There's a party for kids next door and literally all I see is little asses running around."

On or about 06/21/20 at 09:01:11 PM, Suspect 1 posts an image depicting an adult touching and exposing the vagina of a naked female toddler. The adult male is also placing his penis next to the female toddler's vagina.

23.     Further forensic analysis of the Seized iPhone indicated that the "Local User" referenced in the above group chat is linked to the KIK User Account name: Lil Puddin', User Account email address: Edwardtoney24@gmail.com—previously identified in this affidavit as Email Address 1, and User Account name: Edwardisawesome17.

## IV. CONCLUSION

24. Based upon the foregoing, I submit that there is probable cause to believe that, on or about between June 9, 2020 and June 21, 2020, TONEY did knowingly receive visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
TIMOTHY R. DEVINE
SPECIAL AGENT, HSI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Face Time this __1st__ day of July 2020.

_____
THE HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE